Aldrich Rooks v. State

IN THE
TENTH COURT OF APPEALS
 

No. 10-03-00373-CR

     ALDRICH ROOKS,
                                                                              Appellant
     v.

     THE STATE OF TEXAS,
                                                                              Appellee
 

From the 13th District Court
Navarro County, Texas
Trial Court # 24,003
                                                                                                                

MEMORANDUM OPINION
                                                                                                                

      Appellant has filed a motion to dismiss this appeal under Rule of Appellate Procedure
42.2(a). See Tex. R. App. P. 42.2(a); McClain v. State, 17 S.W.3d 310, 311 (Tex.
App.—Waco 2000, no pet.) (per curiam). We have not issued a decision in this appeal. 
Appellant personally signed the motion. The Clerk of this Court has sent a duplicate copy to
the trial court clerk. Id. Accordingly, the appeal is dismissed.

                                                                   PER CURIAM

Before Chief Justice Gray,
      Justice Vance, and
      Justice Reyna
Appeal dismissed
Opinion delivered and filed March 31, 2004
Do not publish
[CR25]

 vote of the remaining members.[3]
See id. No challenged justice sat with the remainder of the panel when
his challenge was considered. See Tex.
R. App. P. 16.3; McCullough, 50 S.W.3d at 88.

 In each instance, the other members of
the panel found that the justice under consideration is not disqualified under
article V, section 11 of the Texas Constitution, i.e., does not have an
interest in the subject matter of the controversy, is not related to a party by
affinity or consanguinity within the third degree, and has not been counsel in
the case. Tex. Const. art. V, 
11; Tex. R. App. P. 16.1; Tex. R. Civ. P. 18b(1). Therefore, the
motion to disqualify is denied with respect to each justice.

 The determination of whether recusal
is necessary must be made on a case‑by‑case, fact‑intensive
basis. McCullough, 50 S.W.3d at 89. In each instance, the remaining
members of the panel found the motion without merit and found no reason to
recuse the justice under consideration. Tex.
R. App. P. 16.2, 16.3(b); Tex. R.
Civ. P. 18b(2). Therefore, the motion to recuse is denied with respect
to each justice.

 PER
CURIAM

 

Before
Chief Justice Gray,

 Justice
Vance, and

 Justice
Reyna

 (Chief
Justice Gray not participating)

Motion
denied

Order
issued and filed June 18, 2008

Do
not publish

 

[1]
 Rex D. Davis is not a justice
of this Court. Thus, we disregard that portion of McCulloughs motion
purportedly seeking to recuse Davis.

 

[2]
 Although McCullough has failed
to provide proper proof of service despite being directed to do so by notice
from the Clerk of this Court, we will suspend the service requirement and address
McCulloughs motion so that we can proceed to a determination of the merits of
the appeal. See Tex. R. App. P. 2
(on its own initiative an appellate court mayto expedite a decision or for
other good causesuspend a rules operation in a particular case).

[3]
 Chief Justice Gray declined to
vote on the motion with respect to Justice Vance.